FILED
CLERK, U.S. DISTRICT COURT
9/10/20
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY



# UNITED STATES DISTRICT COURT

for the

Central District of California

Western_ Division

| | |
|---|---|
| Mahnaz Salem<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>**-v-**<br>Parviz Shahbazi, Diagnostic Automation/ Cortez Diagnostics, et.al , Board of Regents of the University of California et.al Hereditary of James B. Peter, M.D., Ph.D., et.al Kathrineh Sarkissian et.al.<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. CV20-8432-DDP(JEMx)<br>*(to be filled in by the Clerk's Office)*<br><br>"three Judge Court" |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mahnaz Salem |
| Street Address | 10600 Wilshire Blvd # 433 |
| City and County | Los Angeles |
| State and Zip Code | California, 90024 |
| Telephone Number | (310) 993-1784 |
| E-mail Address | mahnazsalem3@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Parviz Shahbazi |
| Job or Title *(if known)* | |
| Street Address | 23904 Berdon Street |
| City and County | Woodland Hills |
| State and Zip Code | CA 91367 |
| Telephone Number | (818) 224-4164 |
| E-mail Address *(if known)* | paul@rapidtest.com |

Defendant No. 2

| | |
|---|---|
| Name | Diagnostic Automation/ Cortez Diagnostics |
| Job or Title *(if known)* | |
| Street Address | 21250 Califa Street, Suite 102-116 |
| City and County | Woodland Hills |
| State and Zip Code | CA 91367 |
| Telephone Number | (818) 591-3030 |
| E-mail Address *(if known)* | paul@rapidtest.com |

Defendant No. 3

| | |
|---|---|
| Name | Ganje Hozour |
| Job or Title *(if known)* | |
| Street Address | P. O. Box 745 |
| City and County | Woodland Hills |
| State and Zip Code | CA 91365 |
| Telephone Number | (818) 224-4164 |
| E-mail Address *(if known)* | ganjehozour@parvizshahbazi.com |

Defendant No. 4

| | |
|---|---|
| Name | Board of Regents of the University of California |
| Job or Title *(if known)* | Office of President |
| Street Address | 1111 Franklin Street, 8th Floor |
| City and County | Oakland |
| State and Zip Code | CA 94607 |
| Telephone Number | (510) 987-9800 |
| E-mail Address *(if known)* | |

Defendant No. 5

| | |
|---|---|
| Name | Hereditary of James B. Peter, M.D., Ph.D. |
| Job or Title *(if known)* | |
| Street Address | 233 Alta Ave |
| City and County | Santa Monica |
| State and Zip Code | CA 90402 |
| Telephone Number | (310) 403-2272 |
| E-mail Address *(if known)* | |

Defendant No. 6

| | |
|---|---|
| Name | Kathrineh Sarkissian |
| Job or Title *(if known)* | |
| Street Address | 107 West Mountain Street Apt I |
| City and County | Glendale |
| State and Zip Code | CA 91202 |
| Telephone Number | (310) 321-8277 |
| E-mail Address *(if known)* | |

Defendant No.

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No.

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U. S.C. 1983, 1985,1986, RICO Chapter 96 Codes 1961,1962, 1964(a), Copyrights 17 U.S.C. Code 101 et seq. (1976), 49 CFR Code 1570.5, Violation of Electronic Communication Privacy Act Codes 2510, 2511, 2512, 2513, 2515, 2518, 2520, Intentional Interference with Contractual Relations CACI 28 U.S.C., Codes 2201,2202.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Mahnaz Salem, is a citizen of the State of *(name)* California.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Parviz Shahbazi, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation

The defendant, *(name)* Diagnostic Automation/Cortez Diagnostics, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California. Or is incorporated under the laws of *(foreign nation)* __________, and has its principal place of business in *(name)* __________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$350,000,000 Defendants have abused Plaintiff for almost three decades, and have abused the United States Court System by circulating a Hercules they created for approximate same amount of time, and unnecessarily involved or caused to be involved various Governmental Organizations. The simple issue was their behavioral and communication problems and/or corruptions concerning privacy and defamation of Plaintiff who was trying to assist them to look good.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Initially in Tehran/Iran, and subsequently at the United States (Los Angeles, CA), and is currently recurring globally.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Approximately from mid 1990s.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see attached.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Defendants put Plaintiff in a False Light resulting in irreparable injuries. Specific relief as described attached will be required to prevent from recurrence.
A one week trial should suffice as they have put everything possible in their possessions during various litigations which were their own litigations.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see attached.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/07/2020

Signature of Plaintiff M. Salem

Printed Name of Plaintiff Mahnaz Salem

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________

**Pro Se 2, Attachment**

**2- The Defendant(s)**

**c. Ganje Hozour**
P.O.Box 745, Woodland Hills, CA 91365
Telephone Number; (818) 224-4164

**d. Board of Regents of the University of California, Office of President**
1111 Franklin Street, 8th Floor, Oakland, CA 94607
Telephone Number: (510) 987-9800

**e. Hereditary of James B. Peter, M.D., Ph.D.**
233 Alta Ave, Santa Monica, CA 90402
Telephone Number: (310) 403-2272

f. **Kathrineh Sarkissian**
107 West Mountain Street, Apt I
Glendale, CA 91202
Telephone Number: (310) 321-8277

**Supporting Facts**

Defendant parviz Shahbazi, hereinafter referred to as Shahbazi was the owner and chief Operating officer (COO) of Danesh Afzar co. Ltd (tehran, Iran) hereinafter referred to as Danesh Afzar, and is the owner of Defendant Diagnostic Automation/Cortez Diagnostics, and Ganje Hozour.

On or about 04/1990, Defendant Shahbazi employed Plaintiff at Danesh Afzar. plaintiff soon discovered corrupt practices directed by Defendant Shahbazi. As early as 04/1991, Defendant Shahbazi started obtaining detailed daily reports from plaintiff via telephonic calls regarding performance of his operation. Defendant did the same by obtaining reports from other employees and agents creating a hostile work environment

for everyone. At all times relevant herein Defendant Shahbazi was responsible for controlling communication and behavioral issues of his personnel and providing training and education for the operation, and to perform proper investigation regarding outstanding problems. On or about 05/1992, employees and agents of Danesh Afzar initiated making complaints against each other including Plaintiff via telephonic calls to the Defendant and employees and agents of the System Land Inc. (Calabasas, CA), and to its successor Defendant Diagnostic Automation/Cortez Diagnostics where instead of performing proper investigation, Defendant Shahbazi and his employees and agents continued to publish Defamatory information about Plaintiff. Subsequently, Defendant Shahbazi got

into battle with another executive amounting to physical assault. As a result of defamatory publications, a false identity was given to plaintiff who has never served in any military, never served cattle in farms, nor has practiced any illegal profession, and is not at any level of decision-making and hierarchy authority. The above put plaintiff in a false light. As early as 11/1994, Defendant Shahbazi started breaching into Plaintiff's privacy at her residential by intercepting purely private communication between two people and publishing defamatory information to Plaintiff's subsequent employers. All of the above outstanding concerns are laudable. As a result of Defendants acts and omissions, Plaintiff has suffered sustained damages which she would not have suffered had the Defendants not solicited her from her teaching/Academic endeavors.

09/07/20
(Date)

M. Sa[illegible]
(Signature of Plaintiff)

**REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

1- For preliminary relief under 42 U.S.C 1983

2- For Permanent Injunction and other Affirmative Relief.

3- For compensatory and punitive Damages in the amount of $350,000,000.

4- For preferential Relief on plaintiff's identifiable information, including but not limited to her Name, Social Security Number, her work and residential information, her Email addresses, her electronic devices IP addresses, her health and Medical information, and her Consumer Credit information.

5- For Affirmatory Relief and other equitable reliefs to which entitled.

6- For Sealing of all other previous pleadings, and costs of the suit.

7- For Declaratory Relief under 28 U.S.C code 2202.

8- For maintaining this pleading and the Judgment entry as the Last Judgment concerning subject matters of the Defendants.

09/07/20
(Date)

M. Sal
(Signature of Plaintiff)




255
139

488-7599

CSO ROYBAL
X-RAYED