MAHNAZ SALEM
10600 Wilshire Blvd # 433
Los Angeles, CA 90024
(310) 993-1784
Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT

SEP 23 ▮▮▮

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAHNAZ SALEM<br><br>vs.<br><br>Parviz Shahbazi, et.al.,<br><br>Defendants. | Case No.: 2:20-cv-08432-DDP-JEM<br><br>**APPLICATION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR RELEIF PURSUANT TO**<br>**F. R. Civ. P. 65 and L.R. 65-1**<br><br>**ASSIGNED FOR ALL MATTERS TO:**<br>Honorable Dean D. Pregerson, and Honorable Magistrate John McDermott |

Plaintiff Mahnaz Salem ("Plaintiff" or "Salem") hereby brings this action against the above-named Defendants. Plaintiff is informed and believes and based thereon alleges as follows:

1

1. It is approximately 30 years in which Plaintiff
2. has been subjected to various animus behaviors
3. started with the Defendant Shahbazi within the
4. scope of her employment.
5. As early as 09/1992 when Plaintiff entered to the
6. United States (Los Angeles), The Defendant receiving
7. information from his employees and agents at Danesh
8. Afzar, started abusing Plaintiff by first not paying
9. the amount he owed to her ($30,000).
10. From the other hand, his ex-spouse started abusing
11. Plaintiff in concert with members of Aeen Iran Society
12. as early as 11/1992 when an individual named Farahnaz
13. started communicating with Plaintiff upon Defendant
14. Shahbazi introducing her.
15. Starting from 03/1993 after Farahnaz exchanged information
16. with few members of Aeen Iran Society (Rasoulis),
17. she approached Plaintiff by stating that she was also
18. a "Villager" from Malayer (Iran), and started publishing
19. defamatory information about Plaintiff to the above network
20. and subsequently to Defendant Shahbazi's partner's
21. (Simon Shakouri) wife, Defendant Shahbazi's brother in law
22. (Mohammad Peyfoun), and Plaintiff's brother-in-law (Mostafa
23. Eghbali).
24. As soon as Defendant Shahbazi's ex-spouse (Azizeh Asgar)
25. and members of Aeen Iran Society became aware of
26. Plaintiff's banking information (Bank of America), the breach
27. started in order to see if Defendant Shahbazi was financially
28. taking care of Plaintiff as the "husband and wife" were

2

1  in constant battle over money, and a court battle in
2  Iran (over assets of the Defendant), where Defendant
3  Shahbazi's ex-spouse was acquiring information from.
4  According to the extracted records, a method of zooming
5  started to happen as early as 01/1993. Defendant
6  Shahbazi and Farahnaz asked Plaintiff to mask her
7  Social Security card (issued with: "Not eligible for employment")
8  and to get a colored copy to provide it when applying
9  for employment. When Plaintiff was stopped by LAPD
10 at that time, the officer went directly into evaluating
11 the above card. It is obvious from the records that
12 ex Danesh Afzars and Defendant Shahbazi's ex-spouse
13 including Aeen Iran Society members involved the
14 Office of Civil Rights as the various zoomings could
15 only be done by military officials.
16 As early as 1994 when the spread started to escalate,
17 and plaintiff obtained employment at Specialty Laboratories
18 a method of "Yo Yo" started to happen at the State of
19 California. Examples of which: on or about 05/1994,
20 Patricia Zager (the owner of 4717 Almidor Ave, WH
21 CA 91364 where plaintiff resided) directed plaintiff to
22 tell her roommate (her adopted girl) to mention to her
23 about cleaning. At the same time, Patricia Zager was
24 observed giving the roommate an opposite direction,
25 including defaming plaintiff.
26 On or about 06/1994, plaintiff's immediate supervisor
27 (Branda, Bharier) directed plaintiff to write a written
28 complaint (entitled "Oops") to an accessioning supervisor.

3

1. At the same time, Bharier was observed talking to
2. the above supervisor apologizing for Plaintiff's behavior
3. of filing a written Complaint. Coworkers of Plaintiff,
4. repeatedly with Scenarios at Danesh Afzar transferred
5. by Aeen Iran Society's network.
6. At some point on early 1995, State Agency came into the
7. scenario by inspecting the above laboratory when several
8. employees got terminated and battles started.
9. At all time relevant herein, Plaintiff's telephonic communication
10. at work was intercepted and breached, including her
11. dating with a person of a good quality named David
12. who sent Plaintiff flowers and called her to her work
13. number.
14. At all times relevant herein, Plaintiff's banking information
15. was constantly breached, and anyone calling to her work
16. number started visiting her like visiting a patient, and
17. inspecting her place of resident. The above was in concert
18. with Plaintiff's mother (Mahrokh Javadi Niakani) who
19. has been suffering from mental illness, including obsession
20. toward Plaintiff creating battles and black-mailing her own
21. daughter, which was due to Plaintiff being center of
22. attention during childhood and youngest. This behavior has
23. been continued up to the present, which clearly shows
24. Plaintiff has been put in a cage having people monitoring
25. and stonning her.
26. It is currently unknown as to how many individuals are
27. receiving Plaintiff's private communication.
28. Within the scope of Plaintiff's employment, the above "Yo Yo"

4

1. has been present in various places in which plaintiff
2. was employed at (e.g., UCLA, CDPH/LFS, and subsequent
3. employers) within the division of CMS Survey and Certification.
4. Plaintiff's electronic communication has been breached,
5. and spam has been introduced into her computer devices
6. as early as 07/1996, and according to the extracted
7. records, starting from 12/2003, plaintiff's telephonic
8. conversations have been tabbed.
9. Within the time period from 1992 to present, approximately
10. every five years when the above orchestrated frame up
11. which had led to extorting money which plaintiff obtained
12. via her employment and income process, by various law firms,
13. insurance companies, medical offices, etc., and direction given
14. to plaintiff to file court claims when the complete rip off
15. was performed, plaintiff was advised to go back to Iran.
16. Number of law firms having licensed attorneys within the
17. State of California have directed plaintiff to file complaints
18. drafting those in a way which was planned, extorted money
19. and at the end either came up informing plaintiff of having
20. communication issues and/or if there was ever a judgment
21. was entered in the favor of plaintiff, there was no money
22. coming back to her. Furthermore, whatever plaintiff spent,
23. she again was owed to everyone.
24. In concert with plaintiff's brother, plaintiff's mother did
25. the same exact scenario, and extorted money from her
26. as soon as she became aware of any money in her bank
27. accounts.
28. Based on the review of all court records, discoveries,

5

1  including State Agency (CA Attorney General office)
2  pleadings retreived. The CA attorney general has
3  stressed out issues with stakeholders on plaintiff, and
4  has directed in a secretive manner of plaintiff being the
5  cause.
6  Records sufficiently provide evidence that due to the
7  above, plaintiff is at no title to Social Security Benefits,
8  and despite being a United States citizen, is not considered
9  as a respected citizen.
10 Starting from last Saturday 09/19/2020, when this suit
11 was filed, flyes have been introduced into plaintiff's residential
12 unit from the ventilators to abuse this process. Starting
13 from 05/2019, various other abuses have been conducted by
14 the building owner and several neighbors.
15 In order for plaintiff to obtain employment in a reputable
16 division outside of the State of California and where the
17 abusive acts and omissions starting with Defendant Shahbazi
18 and Plaintiff's mother would not compromised rights of every
19 citizen of the United States, a preliminary Injunction and
20 other reliefs as stated in the suit would be required.
21 Additionally, Defendant Shahbazi owes plaintiff an amount
22 of $924,000 ($30,000 from 1992 plus 10% interest per
23 annum) which he refused to pay to plaintiff back in
24 09/1992, and initiated threatening and assault toward
25 plaintiff.
26 Plaintiff hereby demands the Honorable Court to have the
27 above amount to be released immediately.
28 In addition to the above, an immediate relief is sought

6

1  from the Honorable court regarding outstanding safety
2  issues and harrassments at Plaintiff's residential.
3
4  Dated: September 22, 2020
5                                    By: /s/ M. Salem
6                                           Mahnaz Salem

7

# FedEx Express



RT787 FZ  A 1 10:30 349 09/23

TRK# 3970 9469 9349
0201

WZ EMTA

TO UNITED STATE DISTRICT COURT
CA WESTERN DIVISION
255 E TEMPLE STREET STE TS-1
LOS ANGELES CA 90012
REF:
DEPT:

ORIGIN ID:SMOA (310) 993-1784
MAHNAZ SALEM
10600 WILSHIRE BLVD APT 433
LOS ANGELES, CA 90024
UNITED STATES US

(000) 000-0000
INV:
PO:

SHIP DATE: 22SEP20
ACTWGT: 0.1 LB
CAD: 6998385/SSF02110

BILL CREDIT CARD

WED - 23 SEP 10:30A
PRIORITY OVERNIGHT

90012
CA-US  LAX

FedEx Express
E
J202020071401uv

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 23 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Align top of FedEx Express® shipping label here.