UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV20-8432 MCS (JEMx) | Date | October 15, 2020 |
| Title | *Mahnaz Salem v. Parviz Shahbazi et al* | | |

Present: The Honorable **Mark C. Scarsi, United States District Judge**

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) RE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND RELIEF PURSUANT TO FRCP 65 AND L.R. 65-1 (ECF No. 7)

In light of the denial of the Application to Proceed in Forma Pauperis (Dkt. #[3]) and the dismissal of the case, the Court denies as moot the Application for Temporary Restraining Order [7].

**IT IS SO ORDERED.**